■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HERNANDEZ, Appellant. [22 NYS3d 864]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered February 16, 2012, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony drug offender, to a term of 1½ years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, in which it accepted an officer's testimony that he saw defendant with contraband in plain view (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Gische, JJ.